IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION



TINIKI HARRIS,

    Plaintiff,

v.

CARMIKE CINEMAS, LLC,

    Defendant.

CASE NO. CV418-153

## O R D E R

Before the Court is the parties' Consent Motion to Remand to Chatham County State Court. (Doc. 4.) In the motion, the parties state that Plaintiff has stipulated that the amount in controversy for this case does not exceed $75,000, exclusive of interest and costs. (Id. ¶ 3.) Based on Plaintiff's stipulation, the parties have consented to the remand of this case to the State Court of Chatham County. (Id. ¶ 4.) Accordingly, the parties' motion is **GRANTED** and this case is **REMANDED** to the State Court of Chatham County, Georgia. The Clerk of Court is **DIRECTED** to send a certified copy of this order to the Clerk of the State Court of Chatham County and to close this case.

SO ORDERED this 2nd day of August 2018.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA